IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIEGO TORRADO-CARDENAS, | ) | Case No. 4:26-cv-2933 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| WARDEN, Northeast Ohio Correctional Center, *et al.*, | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |

On November 6, 2026, Petitioner filed a habeas petition seeking an order from the Court compelling Respondents to conduct a bond hearing. ECF Doc. 1. The same day, the Court issued an order requiring Respondents to provide a bond hearing and file a status report by November 18, 2026. *See* November 6, 2026 non-doc order. On November 16, 2026, Respondents complied with the Court's order and filed a status report stating that the Immigration Court had held a bond hearing and granted custody under bond of $5,000 with other discretionary safeguards. ECF Doc. 3.

Upon due consideration of Petitioner's habeas petition and Respondents' status report, the Court finds that it has provided the relief requested by the Petitioner. Accordingly, the Court hereby DISMISSES the habeas petition as moot and closes the case.

IT IS SO ORDERED.

Dated: November 16, 2026

*s/Dan Aaron Polster*
United States District Judge